**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3461

_____

United States of America,    *
                                 *

       Appellee,        *
                                   *

Appeal from the United States
    v.                    *
District Court for the
                                   *

Eastern District of Missouri.
Travis W. Wilson,          *
[UNPUBLISHED]
                                   *

       Appellant.       *

                   _____

Submitted: October 31, 1997

Filed: November 12, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

After being charged with drug and firearm offenses, Travis W. Wilson moved to suppress tangible evidence and his incriminatory statements. Following an evidentiary hearing at which the arresting officer testified, the district court[1] denied Wilson's motions. A jury found

---

[1]The Honorable George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri.

Wilson guilty on all three counts of the indictment, and the district court sentenced him to a total of 168 months imprisonment and four years supervised release. Wilson appeals, arguing that the court erred in denying his

suppression motions.  Having carefully reviewed the record, we conclude that the court did not err:  the officer had probable cause to stop the van Wilson was driving; did not exceed the scope of the traffic stop in questioning Wilson to satisfy the officer's reasonable suspicions; was not required to advise Wilson of his rights pursuant to <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966), for Wilson was not in custody; had probable cause to arrest Wilson without a warrant; and acted properly in searching Wilson and the van contemporaneous to Wilson's arrest.  Accordingly, because we believe the district court properly denied the suppression motions, we affirm Wilson's convictions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.